UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| RAYMOND HALL,<br><br>　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>BERNARD WARNER, G. STEVEN HAMMOND,<br><br>　　　　　　　　　　Defendants. | No. C14-5574 BHS-KLS<br><br>**AMENDED REPORT AND RECOMMENDATION** Noted For: **February 13, 2015** |

Before the Court is the parties' Stipulation of Dismissal. Dkt. 13. The parties stipulate to the dismissal of this action without costs to any party. *Id.* Accordingly, it is recommended that this case be **DISMISSED WITHOUT PREJUDICE and without costs.**

Pursuant to 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b), the parties shall have fourteen (14) days from service of this Report to file written objections. See also Fed. R. Civ. P. 6. Failure to file objections will result in a waiver of those objections for purposes of appeal. *Thomas v. Arn*, 474 U.S. 140 (1985). Accommodating the time limit imposed by Rule 72(b), the Clerk is directed to set the matter for consideration on **February 13, 2015**, as noted in the caption.

**DATED** this 2nd day of February, 2015.

　　　　　　　　　　　　　　　　　　　　Karen L. Strombom
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

REPORT AND RECOMMENDATION - 1