# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

RAYMOND HALL,

        Plaintiff,

v.

BERNARD WARNER, et al.,

        Defendants.

CASE NO. C14-5574BHS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable Karen L. Strombom, United States Magistrate Judge. Dkt. 16. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1)    The R&R is **ADOPTED**; and

(2)    Based on the parties' stipulated dismissal (Dkt. 13), this case is **DISMISSED without prejudice and without costs**.

Dated this 17th day February, 2015.

*[signature]*

BENJAMIN H. SETTLE
United States District Judge

ORDER